IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DOUGLAS McKEOWN,              )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )     1:04cv255-T
                              )        (WO)
BLUE CROSS BLUE SHIELD        )
OF ALABAMA,                   )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the findings of fact and conclusions of law made in open court on August 26, 2005, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of defendant Blue Cross Blue Shield of Alabama and against plaintiff Doug McKeown on plaintiff McKeown's claims regarding defendant Blue Cross Blue Shield's denial of coverage for plaintiff McKeown's "somnoplasty procedure."

(2) Judgment is entered in favor of plaintiff McKeown and against defendant Blue Cross Blue Shield of Alabama on defendant Blue Cross Blue Shield of Alabama's counterclaim that plaintiff McKeown fraudulently misrepresented his status

to enroll in a health insurance plan for which he was not eligible.

(3)  Judgment is entered in favor of defendant Blue Cross Blue Shield of Alabama and against plaintiff McKeown on defendant Blue Cross Blue Shield of Alabama's counterclaim that plaintiff McKeown's health insurance coverage should be rescinded for the entire period in which plaintiff McKeown was an independent contractor with Pathway, Incorporated.

(4)  Defendant Blue Cross Blue Shield of Alabama shall have and recover from plaintiff McKeown the amount of $12,804.05, pursuant to the parties' stipulation for the amount of damages.

It is further ORDERED that costs are taxed against plaintiff McKeown, for which execution shall issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of August, 2005.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE